IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIEU NGUYEN NGO,<br><br>Defendant. | CASE NO.  2:13-CR-00229-MCE<br><br>ORDER DISMISSING INDICTMENT<br><br>DATE:<br>TIME:<br>COURT: Hon. Morrison C. England, Jr. |

**<u>ORDER</u>**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is DISMISSED against the above-captioned defendant.  The pending arrest warrant is RECALLED.

IT IS SO ORDERED.

Dated:  October 16, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE